IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE KORTE,

    Plaintiff,                                 No. 2:13-cv-0035 JAM JFM (PS)

    vs.

MIDLAND FUNDING LLC, et al.,

    Defendants.                            <u>ORDER</u>

        /

        Plaintiff is proceeding in this action without counsel or "pro se." This proceeding was referred to this court by Local Rule 302(c)(21). On February 27, 2013, this court granted plaintiff's request to proceed in forma pauperis. ECF No. 3.

        Before the court is plaintiff's motion to seal documents. ECF No. 6. The documents for which plaintiff seeks a sealing order are tendered in support of a request to waive PACER[1] fees.

        Documents may be sealed only by written order of the Court, upon the showing required by applicable law. L.R. 141. Plaintiff does not make a showing in his motion that the

---

[1] PACER is an acronym for Public Access to Court Electronic Records which is an electronic public access service that allows users to obtain case and docket information from federal appellate, district and bankruptcy courts.

1

documents should be sealed as required by applicable law. However, the documents were filed for the sole purpose of supporting plaintiff's request to waive PACER fees and are not relevant to the claims at bar. Therefore, the court will grant plaintiff's motion to seal.

Plaintiff has also not made a showing that his PACER fees should be waived. Exemptions from PACER user fees are uncommon. In forma pauperis status alone does not support a request to waive PACER fees. All parties and attorneys of record receive one free electronic copy of documents filed with the court if they are registered with the court's CM/ECF system.[2] If not, a party will receive a copy of all orders and filed documents via mail. Further, if plaintiff chooses to access court records through PACER, the fee is a modest $0.10 per page retrieved, and the charge for any single document has a cap of $3.00 which is equivalent to 30 pages. Plaintiff has not sufficiently supported his request to waive PACER fees given he can obtain copies of case documents by following these procedures.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to seal documents (ECF No. 6) is granted; and

2. Plaintiff's request to waive PACER fees (ECF No. 6) is denied.

DATED: May 2, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

kort0035.mts

---

[2] CM/ECF is the court's case management system that maintains the electronic files in each case.