UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE KORTE, | No. 2:13-cv-00035 JAM KJN (PS) |
| Plaintiff, | |
| v. | FINDINGS & RECOMMENDATIONS |
| MIDLAND FUNDING, LLC, et al., | |
| Defendants. | |

By order filed November 14, 2013, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. ECF No. 15. The thirty day period has now expired, and plaintiff has not filed an amended complaint.[1]

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written

---

[1] Plaintiff filed a notice of interlocutory appeal and a motion to proceed on appeal in forma pauperis on December 3, 2013. In an order denying as moot plaintiff's motion to proceed on appeal in forma pauperis, the undersigned cautioned plaintiff that the filing of his interlocutory appeal does not stay this action and plaintiff is required to timely file an amended complaint. ECF No. 19.

1

1  objections with the court and serve a copy on all parties.  Such a document should be captioned
2  "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that
3  failure to file objections within the specified time may waive the right to appeal the District
4  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  December 23, 2013

kort0035.fta

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE