UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE KORTE, | No. 2:13-cv-00035 JAM KJN (PS) |
| Plaintiff, | |
| v. | ORDER |
| MIDLAND FUNDING, LLC, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action without counsel or "pro se." This proceeding was referred to this court by Local Rule 302(c)(21).

Presently before this court is plaintiff's December 30, 2013 filing styled as "objections to magistrate judge's findings and recommendations; notice and motion for stay of concurrent state proceedings." ECF No. 23. In his motion, plaintiff requests that this court stay two Solano County Superior Court cases. Id. This court does not have jurisdiction to stay state court proceedings. See, e.g., 28 U.S.C. § 2283. Accordingly, plaintiff's motion to stay will be denied.

The court notes that on December 23, 2013, findings and recommendations were issued recommending dismissal in light of plaintiff's failure to timely file an amended complaint in accordance with this court's prior order. ECF No. 21. Plaintiff's separate December 30, 2013 objections (ECF No. 22) will be addressed by the district judge in ruling on the findings and recommendations in due course.

1

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's December 30, 2013 motion to
2 stay (ECF No. 23) is denied.
3 Dated: January 7, 2014

5 kort0035.ord

                    KENDALL J. NEWMAN
                    UNITED STATES MAGISTRATE JUDGE