UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE KORTE,<br><br>    Plaintiff,<br><br>  v.<br><br>MIDLAND FUNDING, LLC, et al.,<br><br>    Defendants. | No.  2:13-cv-00035 JAM KJN (PS)<br><br><br><u>ORDER</u> |

  Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

  On December 23, 2013, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 21.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 22.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1.  The findings and recommendations filed December 23, 2013 (ECF No. 21), are

3 | adopted in full; and

4 | 2.  This action is dismissed without prejudice.

5 | DATED: January 31, 2014

6 |                     /s/ John A. Mendez_____

7 |                     United States District Court Judge