# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**EUGENE KORTE,**

CASE NO: **2:13–CV–00035–JAM–KJN**

v.

**MIDLAND FUNDING, LLC, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/3/14**

**Marianne Matherly**
Clerk of Court

ENTERED: **February 3, 2014**

by: /s/ A. Kastilahn
Deputy Clerk